# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

No. 201600145
_____

## UNITED STATES OF AMERICA
Appellee

v.

## JACOB A. GEE
Sonar Technician Surface Third Class (E-4), U.S. Navy
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain P.C. Leblanc, JAGC, USN.
For Appellant: Lieutenant Commander Paul D. Jenkins,
JAGC, USN.
For Appellee: Captain Sean Monks, USMC.

_____

Decided 9 August 2016
_____

Before PALMER, FULTON, and MILLER, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and the sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court